# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR 95-963 RAP | Date January 12, 2009 |

Present: The Honorable **Audrey B. Collins, Chief Judge**

Interpreter None present

| Daphne Alex | None present | None present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| U.S.A. v. Steven Nesenblatt | | None present | |

**Proceedings:** ORDER TRANSFERRING POST-CONVICTION MOTION TO JUDGE RICHARD A. PAEZ, NINTH CIRCUIT COURT OF APPEALS

On December 31, 2008, Defendant Steven Nesenblatt filed a Motion for a Writ of Coram Nobis (the "Motion"); he also filed a request for the Motion to be referred to the original sentencing judge, the Honorable Richard A. Paez. Judge Paez currently serves as a Judge of the United States Court of Appeals for the Ninth Circuit, but has agreed to hear the Motion, sitting by designation as a Judge of the United States District Court for the Central District of California. Accordingly, Defendant Nesenblatt's request (Docket # 706) to transfer the Motion to Judge Paez is hereby GRANTED.

**IT IS SO ORDERED.**

Initials of Deputy Clerk   DA

cc:   Judge Richard A. Paez, Ninth Circuit Court of Appeals