UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   Case No. 95-963(A) RAP
                                    )
      v.                            )   [PROPOSED]
                                    )   SECOND AMENDED JUDGMENT
STEVEN NESENBLATT,                  )
                                    )
            Defendant.              )
_____)

On October 27, 2009, defendant Steven Nesenblatt appeared before the court in person and with his attorney, Allen R. Bentley, for re-sentencing with respect to the issue of the restitution to be imposed on him in this case pursuant to the Victim and Witness Protection Act, 18 U.S.C. §§ 3663 and 3664. At the October 27, 2009 re-sentencing hearing, the United States was represented by Assistant United States Attorney Richard E. Robinson. The re-sentencing proceeding was the result of the court having granted, on August 27, 2009, the defendant's motion for *coram nobis* relief [Docket No. 739]. This Second Amended Judgment is entered to record the judgment pronounced orally in open court on October 27, 2009.

The court finds that on January 8, 1997 the defendant entered pleas of guilty to Count 1 of the First Superseding Indictment (in which he was charged with conspiracy, in

SECOND AMENDED JUDGMENT - 1

violation of 18 U.S.C. §371), and to Counts 26, 27 and 28 of the First Superseding Indictment (in which he was charged with wire fraud, in violation of 18 U.S.C. §1343). The court sentences the defendant to the custody of the Bureau of Prisons for a term of 13 months on each count, to run concurrently. The court finds that defendant has served his sentence to incarceration.

The remaining counts of the First Superseding Indictment and the original Indictment are hereby dismissed only as to defendant Nesenblatt.

It is further ordered that following his release from incarceration the defendant shall be placed on supervised release for a period of three years, subject to the standard terms and conditions of supervised release. The court finds that the defendant has served the supervised release portion of his sentence.

It is further ordered that the defendant shall pay statutory penalty assessments in the total amount of $200.00. The court finds that the defendant has paid the statutory penalty assessments.

With respect to restitution, the court orders that within 180 days of the entry of this Second Amended Judgment, the defendant shall make restitution to the aggrieved parties in the total amount of $18,325.00. This payment shall be allocated among the aggrieved parties, or their successor in interest, in the following manner:

SECOND AMENDED JUDGMENT - 2

| PARTY(OR THEIR SUCCESSOR IN INTEREST) AND ADDRESS TO WHICH PAYMENTS ARE TO BE SENT | PARTY'S AMOUNT AS A PERCENTAGE OF THE TOTAL RESTITUTION AWARDED IN THE ORIGINAL JUDGMENT | PARTY'S PRO RATA SHARE OF THE AMENDED RESTITUTION AWARD (WITH NO CREDIT FOR AMOUNTS PREVIOUSLY PAID) |
|---|---|---|
| Bank of America N.T. & S.A., 555 South Flower Street, Suite 800, Los Angeles, California 90071 | 22.15% | 4,058.98 |
| European American Bank 1 EAB Plaza, Union Del, New York 11555-5729 Attention: William J. Fitzgerald | 12.93% | 2,369.42 |
| Credit Lyonnais, 1000 Wilshire Boulevard, Suite 1800, Los Angeles, CA 90017 | 49.13% | 9,003.07 |
| Sao Paolo U.S. Holding Company, c/o Eppert & Richard, RE: First Los Angeles Bank, 10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067 | 3.78% | 692.68 |
| IBJ Schroeder Bank & Trust, One State Street, New York, New York, 10004 | 4.34% | 795.30 |
| Union Bank of California, Special Assets Department, RE: MS&E Horse Loan, Attention: Sandi Keith, 604-421, P.O. Box 3100, Los Angeles, CA 90015 | 1.14% | 208.90 |
| PNC Bank Kentucky, Inc., 500 West Jefferson Street, Louisville, Kentucky 40202, | 1.7% | 311.52 |

SECOND AMENDED JUDGMENT - 3

| | | |
|---|---|---|
| Attention: William C. Miles | | |
| Union Bank of California (formerly Bank of California), Special Assets Department, 7th Floor, 321 East Second Street, Los Angeles, CA 90012 | 2.32% | 425.15 |
| Republic Bank 21515 Hawthorne Boulevard, Suite 500, Torrance, CA 90503-6568, Attention: Keith Hilbig | .97% | 177.76 |
| Chase Manhattan Services Corporation, 1901 Avenue of the Stars, 20th floor, Los Angeles, CA 90067 | 1.54% | 282.21 |
| H/T A-1, Inc., 225 Liberty Street, New York, New York 10080-6114 ATTN: Steven Baumgarten (Merrill Lynch Coin Funds) | 7.19% | 1,317.57 |
| TOTALS | 100% | 18,325.00 |

If any aggrieved party listed above, or its successor in interest, cannot be located to receive its pro rate share of restitution, that party's portion of the restitution may be reallocated among the remaining aggrieved parties on a pro rata basis.

The court has been informed that defendant made certain payments toward the restitution amounts that were set forth in the original judgment in this case [Docket No. 627], as amended on June 15, 1998 [*see* Docket No. 635]. The court has also been informed that the record may be unclear with respect to amounts previously paid by the defendant and has concluded that, in the interest of clarity and judicial economy, the court should set a

SECOND AMENDED JUDGMENT - 4

fixed amount of additional restitution to be paid, as set forth above. Consequently, it is ordered that the defendant shall not receive credit, against the restitution amount set forth above, for any payments made prior to the entry of this Second Amended Judgment. It is further ordered that the defendant shall not receive a refund based on any amounts that he may have paid, prior to the entry of this Second Amended Judgment. Upon payment of the $18,325.00, the defendant's restitution obligation shall be deemed fully satisfied and defendant Nesenblatt may apply for a full satisfaction of judgment.

DONE this ___ day of November, 2009.

_____
HON. RICHARD A. PAEZ
United States Circuit Judge sitting
By Designation as a United States District
Judge for the Central District of California

SECOND AMENDED JUDGMENT - 5

Presented by:

LAW OFFICES OF
ALLEN R. BENTLEY

By: /s/ Allen R. Bentley
ALLEN R. BENTLEY
Attorney for Defendant
Wash. Bar No. 12275
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net


LAW OFFICES OF
DAVID W. WIECHERT


By: /s/ David W. Wiechert
DAVID W. WIECHERT
Cal. Bar No. 94607
Law Offices of David W. Wiechert
107 Avenida Miramar
Suite A
San Clemente, CA 92672
(949) 361-2622
Fax: (949) 496-6753
Email: dwiechert@aol.com

SECOND AMENDED JUDGMENT - 6